THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUTH FRASER, Appellant, against ARTHUR D. BRITT, as Sheriff of Erie County, Respondent.

Argued June 3, 1942; decided July 29, 1942.

*Abraham Roth* for appellant.

*Leo J. Hagerty, District Attorney* (*Maurice Frey* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.